UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cr-00188-MOC

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | **ORDER** |
| | ) | |
| **Paul Edward Baalerud** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's pro se motion for sentence reduction pursuant to 18 U.S.C.§ 3582. (Doc. Nos. 78, 79).

Having reviewed Defendant's motion, the Court finds that a response from the Government is needed to fully consider its merits. Thus, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Government **SHALL RESPOND** to Defendant's motion for sentence reduction within **30 days** of the entry of this order.

Signed: June 7, 2024

Max O. Cogburn Jr
United States District Judge